AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:23-mj-00095-BNW |
| NATHAN CHASING HORSE, aka | ) | 2:23-mj- |
| NATHAN LEE CHASING HIS HORSE, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**

FEB - 8 2023

U.S. MAGISTRATE JUDGE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 08, 2023 _____ in the county of _____ Clark _____ in the

_____ District of _____ Nevada _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Wheeler Spec/Hgynt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2|8|2023

_____
*Judge's signature*

City and state: Las Vegas, Nevada

Hon. Brenda Weksler
*Printed name and title*

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

**FILED**

FEB - 8 2023

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>NATHAN CHASING HORSE, aka<br>NATHAN LEE CHASING HIS<br>HORSE,<br><br>Defendant. | Case No. 23mj-00095-BNW<br><br>**Criminal Complaint**<br><br>Sexual Exploitation of Children –<br>18 U.S.C. §§ 2251(a) and (e)<br><br>Possession of Child Pornography –<br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being first duly sworn, deposes and states:

## COUNT ONE
*Sexual Exploitation of Children*
(18 U.S.C. §§ 2251(a) and (e))

Beginning on a date unknown and continuing to on or about February 19, 2016, in the State and Federal District of Nevada,

**NATHAN CHASING HORSE, aka**
**NATHAN LEE CHASING HIS HORSE,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported

or transmitted using any means or facility of interstate or foreign commerce, and the visual depiction was transported or transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced or transmitted using materials that have been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
*Sexual Exploitation of Children*
(18 U.S.C. §§ 2251(a) and (e))

Beginning on a date unknown and continuing to on or about December 1, 2015, in the State and Federal District of Nevada,

**NATHAN CHASING HORSE, aka**
**NATHAN LEE CHASING HIS HORSE,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, and the visual depiction was transported or transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced or transmitted using materials that have been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
*Possession of Child Pornography*
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

Beginning on a date unknown and continuing to on or about January 31, 2023, in the State and Federal District of Nevada,

**NATHAN CHASING HORSE, aka**
**NATHAN LEE CHASING HIS HORSE,**

2

defendant herein, knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to depictions of a minor, and that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means that included by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## PROBABLE CAUSE AFFIDAVIT

Complainant, Scott Wheeler, as a Special Agent with the Federal Bureau of Investigation, states the following as and for probable cause:

1. I am currently assigned as a Special Agent with the Federal Bureau of Investigation ("FBI") in the Las Vegas Division and assigned to investigate Internet Crimes Against Children ("ICAC"). I have been a Special Agent with the FBI since May of 2011. I have received training in the field of child pornography, internet crimes against children, and violent crimes against children. I am a member of the FBI's Child Exploitation Task Force ("CETF").

2. This Affidavit is made in support of a complaint charging NATHAN CHASING HORSE aka NATHAN LEE CHASING HIS HORSE with violations of Title 18, United States Code, Sections 2251(a) and (e), which makes it illegal to employ, use, persuade, induce, entice, and coerce a minor to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, and the visual depiction was transported or transmitted using any means and facility

3

of interstate and foreign commerce, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), which makes it illegal to possess visual depictions of minors engaging in sexually explicit conduct.

3.    The statements contained in this affidavit are based on an investigation by the Las Vegas Metropolitan Police Department ("LVMPD") and the Federal Bureau of Investigation, of which I have been personally involved. This affidavit also includes information obtained from other law enforcement officials involved in the investigation. I have not included each and every fact known to me, but rather have included information establishing probable cause. All times and dates are approximate.

## FACTS ESTABLISHING PROBABLE CAUSE

4.    In late 2022, the LVMPD contacted the FBI LV office regarding VICTIM 1, who reported being sexually abused by NATHAN CHASING HORSE aka NATHAN LEE CHASING HIS HORSE (DOB 04/28/1976) between 2012 through 2021. VICTIM 1 disclosed that in early 2012, when she was approximately 14 years old, CHASING HORSE sexually assaulted her in North Las Vegas, Nevada. VICTIM 1 described how CHASING HORSE's sexual abuse continued over the years, both in and outside of Nevada, and how on multiple occasions, CHASING HORSE recorded himself having sexual intercourse with her using a Samsung Android cellphone.

4

5.     VICTIM 1 also reported that she resided with CHASING HORSE between 2016 to 2021, when she was 18 to 23 years old. During this time, VICTIM 1 became CHASING HORSE's "wife."[1]

6.     On January 30, 2023, a Nevada state search warrant was signed by Judge Jacquieline M. Bluth, authorizing a search of CHASING HORSE's residence at 5124 Shockwave, North Las Vegas, Nevada, to include seizure and examination of electronic devices.[2] During the search, investigators seized several electronic devices. Included in the seized devices was a Samsung M550 cellular phone (DEVICE 1) and a Samsung S6 cellular phone (DEVICE 2). DEVICE 1 was located inside of a nightstand in what was identified as CHASING HORSE's bedroom. DEVICE 2 was located in a safe in the same bedroom.[3] From my training and experience, cellular phones, including DEVICE 1 and DEVICE 2, are manufactured outside the state of Nevada and arrive in the state of Nevada through interstate commerce. Your Complainant submitted these evidence items to Forensic Examiner ("FE") Matt Trafford for preview. Review of the electronic devices seized during the search, including DEVICE 1 and DEVICE 2, remains ongoing.

7.     FE Trafford was able to preview DEVICE 1 using the SD card located inside the cellphone. During review, investigators located a video file that appeared to depict CHASING

---

[1]     VICTIM 1 reported that CHASING HORSE had multiple "wives." VICTIM 1 also told law enforcement that she and other "wives" of CHASING HORSE submitted false Paycheck Protection Program (PPP) loan applications at the direction of CHASING HORSE and other associates of CHASING HORSE. These claims are being further investigated.

[2]     Following the execution of the search warrant, CHASING HORSE was arrested by LVMPD for the following Nevada state charges: SEX ASSAULT OF CHILD LESS THAN 16 NRS 200.366.23B, SEX ASSAULT NRS 200.366.2B, SEX TRAFFICKING OF AN ADULT NRS 201.300.2B1, and CHILD ABUSE OR NEGLECT NRS 200.508.

[3]     CHASING HORSE provided LVMPD detectives the code to open the safe during execution of the search warrant.

5

HORSE engaging in sexually explicit conduct with a minor. The following is a summary of the file reviewed by your Complainant:[4]

> **File Name:** SSPX0306.3G2
> **MD5 HASH:** 1b80e6a0b59d9f4bd69b0cf42475f288
> **SHA1 HASH:** 74f8126aec77faba2964b2f4a0ee1e6b8ac6c00e
> **Video Description:** This is a video file approximately six minutes long. The video file depicts a juvenile female, appearing to be between the ages of 12 and 14, located on a bed. The juvenile is laying on her back wearing a t-shirt displaying a pattern design and character image, she is naked from the waist down. Her face is clearly depicted at various points in the video. During the video, the erect penis of an adult male is engaged in sexual intercourse with the juvenile female, penetrating the vagina of the juvenile female. The male also rubs the vagina of the juvenile with his hand. The male appears to be completely nude. The adult male removes his penis from the vagina of the juvenile and proceeds to perform oral sex on the juvenile's vagina. During this time, the face of the adult male is clearly observed and can be identified as CHASING HORSE.

8.    The "created date" listed for this video file is February 2, 2011. Based on this information, FE Trafford determined that the video file was either created or transferred to DEVICE 1's SD Card on February 2, 2011.

9.    On February 2, 2023, VICTIM 1 was shown sanitized still images[5] of the video recovered from DEVICE 1. VICTIM 1 identified the man in the video as CHASING HORSE and the female as VICTIM 2. VICTIM 2 is known to law enforcement and has a birthdate of December 1997, making her 13 in February 2011. VICTIM 1 reported knowing VICTIM 2 like a family member and has known VICTIM 2 since they were children. According to VICTIM 1, VICTIM 2 is CHASING HORSE's most recent "wife." VICITM 1 reported that she and VICTIM 2 often shared a room in the CHASING HORSE residence.

10.    Investigators also showed sanitized images from the video described above to

---

[4]    Undersigned has presented representative images from the videos and photographs described in this affidavit. The Magistrate Judge has reviewed those images as part of its probable cause determination. The images will be maintained by the case agent during the pendency of this case pursuant to 18 U.S.C. § 3509(m).

[5]    A sanitized image is one that would redact sexually graphic images but retain the faces, location, or unique features that would allow for identification of persons in the video images.

6

three other adult female associates of CHASING HORSE. Two reported knowing VICTIM 2 since VICTIM 2 was a child less than 10 years of age and both positively identified VICTIM 2 in the sanitized image. The third reported having casual interactions with VICTIM 2 between 2005 and 2008 and did not positively identify VICTIM 2, but instead believed the face shown to be that of a young boy.

11.    Further review of DEVICE 1 revealed five more video files that appeared to depict more incidents of CHASING HORSE engaging in sexually explicit activity with a juvenile female. The age of the juvenile female appeared to vary between the estimated ages of 10 to 15. The following is a description of one of these additional video files recovered from DEVICE 1:

**File Name**: SSPX0308.3G2
**MD5 HASH**: b81a231f213edff69fd26c44b2c3a0c7
**SHA1 HASH**: ea8ebd3df9e16484d1fc6141aebc7b90f98fd55e
**Video Description**: This is a video file approximately three minutes long. The video file depicts a juvenile female, appearing to be between the ages 12 and 14, located on the floor of what appears to be a teepee. Throughout the video, the victim appears to be unconscious and displays minimal movement. The juvenile is laying on her back wearing a grey t-shirt that is pulled above her chest, exposing her breasts. Her face is clearly depicted at various points in the video. During the video, the erect penis of an adult male is engaged in sexual intercourse, penetrating the vagina of the juvenile female. The male rubs the vagina of the juvenile with his hand. The male appears to be completely nude. The male pans the camera toward his face. During this time the face of the adult male is clearly observed and can be identified as CHASING HORSE.

13.    Investigators showed VICTIM 1 sanitized images from these additional video files recovered from DEVICE 1. VICTIM 1 identified the male in the images as CHASING HORSE and the juvenile female as VICTIM 2, at different ages.

14.    DEVICE 2, recovered from CHASING HORSE's safe, was examined by FBI Task Force Officer Detective Brandon Trotter. Detective Trotter discovered three images that appeared to depict a juvenile female estimated to be between the ages of 14 and 17, in various stages of undress. Her face is visible in one image. The juvenile female's genitals are visible in

7

two of the three images. The following is a description of one of the files reviewed by your Complainant:

> **File Name**: PART_1443498330245.JPG
> **MD5 HASH**: f569c5452f265ca20ba25aea69f65794
> **SHA1 HASH**: c6d01017f8fd352358069bc79f7e14054eb8694e
> **Photograph Description**: This image is of an adolescent female, appearing to be between the ages of 14 and 17, laying on a bed without any clothing and her legs spread open. Her breasts and genitals are both exposed and are the focus of the image.

15.    VICTIM 1 was presented a sanitized image of the files found on DEVICE 2. VICTIM 1 identified herself as the juvenile female in the photos. VICTIM 1 reported that, at the request of CHASING HORSE, she took these photos herself and then sent them to him from her cellphone. VICTIM 1 stated that she was in North Las Vegas, NV when the photos were taken, and she estimated being under the age of 16 at the time she took the photos.[6]

---

[6]    Investigators located text messages on DEVICE 2 that correspond with the above-described images. According to the data located on DEVICE 2, these images were received on DEVICE 2 on September 28, 2015, when VICTIM 1 would have been 17 years old.

8

## CONCLUSION

16.    Based on my training, experience, and the totality of the facts related, I submit that there is probable cause to believe that NATHAN CHASING HORSE, defendant herein, has committed two counts of Sexual Exploitation of Children, in violation of 18 U.S.C. §§ 2251(a) and (e), and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Scott Wheeler
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on ___8th___ February 2023

HON. JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

9