JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>       v.<br><br>NATHAN CHASING HORSE, aka NATHAN LEE CHASING HIS HORSE,<br><br>        Defendant. | 2:23-mj-00095-BNW<br><br>**GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) AND TO QUASH ARREST WARRANT** |

      COMES NOW the United States of America, by and through Jason M. Frierson, United States Attorney, and Steven J. Rose, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Complaint filed on February 8, 2023 (ECF No. 1) as to defendant Nathan Chasing Horse, aka, Nathan Lee Chasing His Horse in the interests of justice.

      The government further requests that the arrest warrant for defendant NATHAN

CHASING HORSE, aka NATHAN LEE CHASING HIS HORSE be quashed.

The defendant is not in Federal custody on the above-captioned matter.

DATED this 27th day of September 2024.

>     Respectfully Submitted,
>     JASON M. FRIERSON
>     United States Attorney
>
>     /s/ Steven J. Rose
>     STEVEN J. ROSE
>     Assistant United States Attorney

```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
```
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:23-mj-00095-BNW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL** |
| NATHAN CHASING HORSE, aka NATHAN LEE CHASING HIS HORSE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Criminal Complaint against Nathan Chasing Horse, aka, Nathan Lee Chasing His Horse.

```
                                    JASON M. FRIERSON
                                    United States Attorney

                                    By    /s/ Steven J. Rose
                                    STEVEN J. ROSE
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
```
//

**ORDER**

IT IS HEREBY ORDERED that Leave of Court is granted for the filing of the above dismissal. It is further ordered that the arrest warrant issued for defendant Nathan Chasing Horse, aka, Nathan Lee Chasing His Horse is quashed.

DATED this _____ day of September 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE