1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   STEVEN J. ROSE
3  Assistant United States Attorney
   Nevada Bar No. 13575
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Steven.Rose@usdoj.gov
6  *Attorneys for the United States of America*

7

               **UNITED STATES DISTRICT COURT**
8                  **DISTRICT OF NEVADA**

9

   United States of America,              2:23-mj-00095-BNW
10
              Plaintiff,                   **GOVERNMENT'S MOTION TO**
11                                         **DISMISS CRIMINAL COMPLAINT**
                                           **PURSUANT TO FEDERAL RULE OF**
12         v.                              **CRIMINAL PROCEDURE 48(a) AND**
                                           **TO QUASH ARREST WARRANT**
13  NATHAN CHASING HORSE, aka
    NATHAN LEE CHASING HIS
14  HORSE,

15            Defendant.

16

17        COMES NOW the United States of America, by and through Jason M. Frierson,

18  United States Attorney, and Steven J. Rose, Assistant United States Attorney, and

19  respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to

20  dismiss without prejudice the Criminal Complaint filed on February 8, 2023 (ECF No. 1) as

21  to defendant Nathan Chasing Horse, aka, Nathan Lee Chasing His Horse in the interests of

22  justice.

23        The government further requests that the arrest warrant for defendant NATHAN

24

CHASING HORSE, aka NATHAN LEE CHASING HIS HORSE be quashed.

The defendant is not in Federal custody on the above-captioned matter.

DATED this 27th day of September 2024.

Respectfully Submitted,
JASON M. FRIERSON
United States Attorney

*Steven J. Rose*

STEVEN J. ROSE
Assistant United States Attorney

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   STEVEN J. ROSE
3  Assistant United States Attorney
   Nevada Bar No. 13575
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  *Attorneys for the United States of America*

6              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
7

   United States of America,              2:23-mj-00095-BNW
8
                    Plaintiff,            **[PROPOSED] ORDER OF**
9                                         **DISMISSAL**

            v.
10
   NATHAN CHASING HORSE, aka
11 NATHAN LEE CHASING HIS
   HORSE,
12
                    Defendant.
13

14

15

16         Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the

17 United States hereby dismisses without prejudice the Criminal Complaint against Nathan

18 Chasing Horse, aka, Nathan Lee Chasing His Horse.

19                                        JASON M. FRIERSON
                                          United States Attorney
20
                                          By____/s/ *Steven J. Rose*
21                                        STEVEN J. ROSE
                                          Assistant United States Attorney
22
                                          Attorneys for Plaintiff
23                                        UNITED STATES OF AMERICA
   //
24

                                     1

## <u>ORDER</u>

IT IS HEREBY ORDERED that Leave of Court is granted for the filing of the above dismissal. It is further ordered that the arrest warrant issued for defendant Nathan Chasing Horse, aka, Nathan Lee Chasing His Horse is quashed.

DATED this ____1_____ day of October 2024.


_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2